UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fortis Corporate Insurance a/s/o Arcelor Mittal Steel North America<br><br>                    Plaintiffs,<br><br>              -V-<br><br>M/V "SEA PEARL", et al<br>                    Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 6718 (AKH)(DFE) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of July, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 28th day of July, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8605 9889 9453**

*[signature: J. Michael McMahon]*

CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN

OF COUNSEL

NEW JERSEY OFFICE:
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

## FedEx Express — International Air Waybill

Tracking: /0064/0100/0035595433/6

**1. From**
Date: 7/29/08
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: Lawrence C. Glynn, Esq.
Phone: 212 220-3830
Company: NICOLETTI HORNIG, ETC
Address: 88 PINE ST FL 7
City: NEW YORK   State: NY
Country: US   ZIP: 10005

**2. To**
Company: Sea Pearl Limited
Address: c/o SMT Ship Management and Transport
48, ul Chrobrego
City: Sopot
Country: Poland

**3. Shipment Information**
Total Packages: 1
Commodity Description: documents

**4. Express Package Service**
XX FedEx Intl. Priority

**5. Packaging**
XX FedEx Envelope

**6. Special Handling**

**7a. Payment** Bill transportation charges to:
XX Sender

**7b. Payment** Bill duties and taxes to:
X Sender

**8. Your Internal Billing Reference**
65-801   Case No.: 08 CV 6718

FedEx Tracking Number: 8605 9889 9453