**JUDGE HELLERSTEIN**

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.:    65000801LCG

08 CV 6718



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
ARCELOR MITTAL STEEL NORTH AMERICA,         Case No.:    08 Civ.       (    )

    Plaintiff,

  -against-
                                                             **STATEMENT PURSUANT**
                                                              **TO RULE 7.1**

M/V "SEA PEARL", her engines, boilers, etc.,
WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIERS HOLDING ASA,
WESTERN BULK CARRIERS AS and
SEA PEARL LIMITED,

    Defendants.
----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

   See Attachment.

Dated: New York, New York
       July 28, 2008

                                                       Lawrence C. Glynn (LG 6431)

Case 1:08-cv-06718-AKH    Document 3    Filed 07/28/2008    Page 2 of 2
Internet sites Fortis                                                                    Page 1 of 1

# Links to Fortis companies

**Fortis companies in Belgium**

- Belgolaise Bank
- Fortis AG
- Fortis Bank
- Fortis Business
- Fortis Corporate Insurance
- Fortis Foundation Belgium
- Fortis Investment Management
- Fortis Lease
- Krediet aan de Nijverheid
- MeesPierson

**Fortis companies in the Netherlands**

- De Amersfoortse
- AMEV
- AMEV Stad Rotterdam Verzekeringsgroep
- ASR Bank
- Basic Life
- DEFAM
- Direktbank
- De Europeesche
- Falcon Leven
- Fortis Bank
- Fortis Bank: beurstour
- Fortis Business
- Fortis Commercial Finance
- Fortis Corporate Insurance
- Fortis Employee Benefits
- Fortis Escrow Services
- Fortis Investment Management
- Fortis Lease
- Fortis Vastgoed
- Groeivermogen
- GWK
- MeesPierson
- MeesPierson Family Office
- NeSBIC
- Theodoor Gilissen Bankiers
- Visa Card Services

**Fortis companies in the United States**

- Fortis Capital Corporation
- Fortis, Inc.

**Other Fortis companies**

- Bahamas: MeesPierson
- Channel Islands: MeesPierson
- France: Fortis Bank
- France: Fortis Investment Management
- France: Fortis Lease
- France: MeesPierson
- Germany: Fortis Bank
- Hong Kong: Fortis Bank Asia
- Italy: Fortis Bank
- Luxembourg : Banque Générale du Luxembourg
- Luxembourg : Fortis Bank Luxembourg
- Luxembourg : Fortis Luxemboug Assurances
- Poland : Fortis Bank
- Portugal : Fortis Bank
- Spain: Fortis Bank
- Spain : MeesPierson
- Spain : Seguros Bilbao
- Switzerland : MeesPierson
- United Kingdom : Fortis Bank
- United Kingdom : Fortis Insurance
- Global website : MeesPierson