UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

FORTIS CORPORATE INSURANCE a/s/o
ARCELOR MITTAL STEEL NORTH AMERICA,

                Plaintiff,

                -V-

M/V "SEA PEARL', her engines, boilers, etc.,
WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIER HOLDING ASA,
WESTERN BULK CARRIERS AS and
SEA PEARL LIMITED,
                Defendants.

CERTIFICATE OF MAILING

08 CV 6718 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22nd day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**28th day of July, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RB 596 307 434 US</u>

                                            *J. Michael McMahon*
                                                CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A V NICOLETTI
JAMES F. SWEENEY
DAVID R HORNIG *
FRANK M MARCIGLIANO
MICHAEL J CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F McGOWAN
VINCENT A. SUBA
SAMUEL C COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J. O'MALLEY
GUERRIC RUSSELL †
WILLIAM M FENNELL
SCOTT D CLAUSEN †
JANA SPERRY †

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE   212-220-3830
TELECOPIER   212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE  201-343-0970
TELECOPIER 201-343-5882

August 20, 2008

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
- ALSO ADMITTED IN NORTH CAROLINA

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

Re:   Fortis Corporate Insurance a/s/o Arcelor Mittal Steel North
      _____ et al
      _____ outhern District of New York
      ___) (DFE)

_____ ummons and Complaint along with the judges'

iers Holding ASA       Western Bulk Shipping AS
                       P.O. Box 78
t Alle 8 b             Skoyen, Karenslyst Alle 8 b
y                      0212, Oslo, Norway

_____ ursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules

---

**PS Form 3806, Receipt for Registered Mail** (Copy 1 - Customer)

Registered No. RB596307434US

| Reg. Fee | $10.80 | | | 0004 |
| Handling Charge | $0.00 | Return Receipt | $2.20 | 05 |
| Postage | $4.40 | Restricted Delivery | $0.00 | 08/22/08 |

Customer Must Declare Full Value $10,000  Without Postal Insurance

FROM:
LAWRENCE C. GLYNN, ESQ. (File: 65-801 LCG)
NICOLETTI HORNIG & SWEENEY
88 PINE STREET, 7th Floor
NEW YORK, NEW YORK 10005-1801

TO:
WESTERN BULK CARRIERS HOLDING ASA
P.O. BOX 78
SKOYEN, KARENSLYST ALLE 8b
0212, OSLO, NORWAY