UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

FORTIS CORPORATE INSURANCE a/s/o
ARCELOR MITTAL STEEL NORTH AMERICA,

    Plaintiff,

-V-

M/V "SEA PEARL', her engines, boilers, etc.,
WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIER HOLDING ASA,
WESTERN BULK CARRIERS AS and
SEA PEARL LIMITED,
    Defendants.

**CERTIFICATE OF MAILING**

08 CV 6718 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22nd day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**28th day of July, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 307 425 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C COLUZZI †

LAWRENCE C GLYNN †
VAL WAMSER †
KEVIN J. O'MALLEY
GUERRIC RUSSELL †
WILLIAM M FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY † -

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
- ALSO ADMITTED IN NORTH CAROLINA

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE  212-220-3830
TELECOPIER  212-220-3780
E-MAIL:  general@nicolettihornig.com
WEBSITE:  www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE  201-343-0970
TELECOPIER  201-343-5882

August 20, 2008

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

Re:   Fortis Corporate Insurance a/s/o Arcelor Mittal Steel North
      America v. M/V "SEA PEARL", et al
      [Southern District of New York]
      (DFE)

[Summons and Complaint along with the judges'...]

...ers Holding ASA       Western Bulk Shipping AS
                         P.O. Box 78
 Alle 8 b                Skoyen, Karenslyst Alle 8 b
                         0212, Oslo, Norway

[Pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules...]

---

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RB596307425US
Reg. Fee: $10.80
Handling Charge: $0.00
Return Receipt: $2.20
Postage: $4.40
Restricted Delivery: $0.00
Date Stamp: 08/22/08
Customer Must Declare Full Value: $1,000

FROM:
LAWRENCE C. GLYNN, ESQ. (File: 65-801 LCG)
NICOLETTI HORNIG & SWEENEY
88 PINE STREET, 7th Floor
NEW YORK, NEW YORK 10005

TO:
WESTERN BULK SHIPPING AS
P.O. BOX 78
SKOYEN, KARENSLYST ALLE 8b
0212, OSLO, NORWAY