

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE a/s/o
ARCELOR MITTAL STEEL NORTH AMERICA,

         Plaintiff,

-V-

M/V "SEA PEARL', her engines, boilers, etc.,
WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIER HOLDING ASA,
WESTERN BULK CARRIERS AS and
SEA PEARL LIMITED,
         Defendants.

**CERTIFICATE OF MAILING**

08 CV 6718 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22nd day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**28th day of July, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 307 417 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J. O'MALLEY
GUERRIC RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY †··

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
· ALSO ADMITTED IN NORTH CAROLINA

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE   212-220-3830
TELECOPIER  212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTALPLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE  201-343-0970
TELECOPIER 201-343-5882

August 20, 2008

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

Re:   Fortis Corporate Insurance a/s/o Arcelor Mittal Steel North
      ", et al
      Southern District of New York
      H) (DFE)

[Registered mail receipt overlay]

Summons and Complaint along with the judges'

riers Holding ASA          Western Bulk Shipping AS
                           P.O. Box 78
st Alle 8 b                Skoyen, Karenslyst Alle 8 b
ay                         0212, Oslo, Norway

pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules